IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:05CR134 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SAM B. VACANTI,** | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Sam B. Vacanti (Vacanti) (Filing No. 14). Vacanti seeks an extension of time of at least two weeks in which to file pretrial motions pursuant to paragraph 3 of the progression order (Filing No. 10). Vacanti has submitted an affidavit in accordance with paragraph 9 of the progression order whereby Vacanti consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 15). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Vacanti's motion for an extension of time (Filing No.14) is granted. Defendant Vacanti is given until **on or before June 10, 2005,** in which to file pretrial motions pursuant to the progression order (Filing No. 10). The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 23, 2005 and June 10, 2005**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 23rd day of May, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge