# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR134 |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | AND |
| SAM B. VACANTI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the conclusion of the hearing on July 18, 2005, on the defendant's motion to suppress evidence (Filing No. 17), I stated my conclusions on the record and my decision to recommend that the motion to suppress be denied. In accordance with that announcement,

**IT IS RECOMMENDED** to the Honorable Laurie Smith Camp, United States District Judge, that Vacanti's motion to suppress, Filing No. 17, be denied in all respects.

**FURTHER, IT IS ORDERED:**

1. The clerk shall cause an expedited transcript of the hearing to be prepared and filed.

2. Pursuant to NECrimR 57.3 any objection to this Report and Recommendation shall be filed with the Clerk of the Court within ten (10) days after the transcript is available to counsel for reading in the clerk's office. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 18th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge