# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CR134** |
| vs. | ) | |
| | ) | **ORDER** |
| SAM B. VACANTI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to continue trial (#26), now set for September 27, 2005.  Defendant has filed a waiver of speedy trial as required by NECrimR 12.1.  For cause shown, I find that the motion should be granted and the trial continued to the next available setting, i.e., November 8, 2005.

**IT IS ORDERED** that defendant's motion (#26) is granted, as follows:

1.  Trial of this matter is continued to Tuesday, **November 8, 2005**.

2.  The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **September 27, 2005 and November 8, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reasons stated in defendant's motion .  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

3.  Counsel for the United States shall confer with defense counsel and electronically file a status report no later than **October 27, 2005** advising the court of the anticipated length of trial.

**DATED September 9, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**